FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 3 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00481-03 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAD NAKASONE,       (03) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND
## NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there has been no timely objection, the plea of guilty of

the Defendant to the Information is now Accepted and the Defendant is Adjudged

Guilty of such offense.  All parties shall appear before this Court for sentencing as

directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____6-23-04_____.

_____
UNITED STATES DISTRICT JUDGE